No. 82–1. MINNESOTA v. BROWN. Sup. Ct. Minn. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 82–1312. UTAH POWER & LIGHT CO. ET AL. v. FEDERAL ENERGY REGULATORY COMMISSION ET AL.;

No. 82–1345. ALABAMA POWER CO. ET AL. v. FEDERAL ENERGY REGULATORY COMMISSION ET AL.; and

No. 82–1346. PACIFIC GAS & ELECTRIC CO. ET AL. v. FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. 11th Cir. Motion of Sacramento Municipal Utility District et al. for leave to file a brief as *amici curiae* granted. Motion of Utah Public Service Commission in No. 82–1312 for leave to file a brief as *amicus curiae* granted. Motions of American Farm Bureau Federation et al. and Public Utilities Commission of California in No. 82–1346 for leave to file briefs as *amici curiae* granted. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari. JUSTICE POWELL took no part in the consideration or decision of these motions and these petitions. Reported below: 685 F. 2d 1311.